JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSA CARRANZA,<br><br>                    Plaintiffs,<br><br>        v.<br><br>FRIENDS OF FAMILY HEALTH CENTER, a corporation; AHMC WHITTIER HOSPITAL MEDICAL CENTER LP, a limited partnership; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | CASE NO. 2:26-cv-02447-SPG-BFM<br><br>**ORDER GRANTING STIPULATION DISMISSING DEFENDANT UNITED STATES WITHOUT PREJUDICE AND REMANDING ACTION**<br>**[ECF NO. 11]** |

Before the Court is the parties' Stipulation Dismissing Defendant United States Without Prejudice and Remanding Action. *See* (ECF No. 11 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1.    Defendant United States is dismissed without prejudice.

2.    This action is remanded to the Superior Court for Los Angeles County.

**IT IS SO ORDERED.**

DATED:  April 9, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE